**EXHIBIT 1**

| # | Subject Photos | Title | Reg. Nos. |
|---|---|---|---|
| 1. |  | 450-North-Blueberry-Muffin-Slushy-XL-Sour-Ale-4PK-16OZ-CAN | VA0002297748 |
| 2. |  | 450-North-Herb-Jar-Slushy-XXL-Sour-4PK-16OZ-CAN | VA0002274510 |
| 3. |  | 450-North-Slushy-XL-Cake-Badder-Sour-16OZ-CAN | VA0002316585 |
| 4. |  | 450-North-Sticky-Icky-Buns-Slushy-XXXL-4PK-16OZ-CAN | VA0002301601 |

| | | | |
|---|---|---|---|
| 5. |  | Alesmith-Kickbackrelax-Crushable-IPA-12OZ-CAN | VA0002248184 |
| 6. |  | Alesmith-Local-Oasis-Hazy-IPA-12OZ-CAN | VA0002226987 |
| 7. |  | Arrow-Lodge-Pucker-Pack-Sour-4PK-16OZ-CAN | VA0002248184 |
| 8. |  | Artifex-See-Ya-Later-DIPA-16OZ-CAN | VA0002212917 |

| | | | |
|---|---|---|---|
| 9. |  | Barrel-Brothers-Floating-In-A-Nost-Peculiar-Haze-DIPA-4PK-16OZ-CAN | VA0002228839 |
| 10. |  | Barrel-Brothers-Neighborhood-Squatch-Imperial-Stout-4PK-16OZ-CAN | VA0002291864 |
| 11. |  | Beachwood-Greenshift-Double-IPA-4PK-16OZ-CAN | VA0002206701 |
| 12. |  | Beachwood-Hoptical-Telescope-DIPA-16OZ-CAN | VA0002266028 |

| | | | |
|---|---|---|---|
| 13. |  | Booze-Brothers-Spanish-Guava-Blonde-16OZ-CAN | VA0002262265 |
| 14. |  | Beachwood-Urban-Roots-Steely-Jam-IPA-4PK-16OZ-CAN | VA0002348609 |
| 15. |  | B-Nektar-Punk-Lemonade-4PK-12OZ-CAN | VA0002306881 |
| 16. |  | Bottle-Logic-Intelligence-Check-IPA-16OZ-CAN | VA0002246750 |

| | | | |
|---|---|---|---|
| 17. |  | Bottle-Logic-Into-The-Maelstorm-Stout-2022-500ML-BTL | VA0002310125 |
| 18. |  | Bottle-Logic-Jam-the-Radar-2018-500ML-BTL | VA0002182915 |
| 19. |  | Bottle-Logic-Leche-Mole-Imperial-Stout-4PK-16OZ-CAN | VA0002306057 |
| 20. |  | Bottle-Logic-Number-Crunch-Stout-2022-500ML-BTL | VA0002319022 |

| | | | |
|---|---|---|---|
| 21. |  | Bottle-Logic-Recursion-IPA-4PK-16OZ-CAN | VA0002214669 |
| 22. |  | Bottle-Logic-Smoke-Sting-Sour-500ML-BTL | VA0002328644 |
| 23. |  | Brouwerij-West-8-1-2-IPA-Sabro-4PK-16OZ-CAN | VA0002214669 |
| 24. |  | Brouwerij-West-Apocalypse-How-Pastry-Stout-16OZ-CAN | VA0002252733 |

| | | | |
|---|---|---|---|
| 25. |  | Brouwerij-West-Six-Times-Six-Times-Hazy-DIPA-4PK-16OZ-CAN | VA0002306881 |
| 26. |  | Brouwerij-West-Things-For-Your-Head-Grapefruit-Hard-Seltzer-4PK-16OZ-CAN | VA0002219500 |
| 27. |  | Brouwerij-West-Things-For-Your-Head-Watermelon-Hard-Seltzer-16OZ-CAN | VA0002271114 |
| 28. |  | Chapman-Crafted-Super-Smooth-Strawberry-Vanilla-IPA-4PK-16OZ-CAN | VA0002262265 |

| | | | |
|---|---|---|---|
| 29. |  | Common-Space-Chubby-Unicorn-POG-IPA-16OZ-CAN | VA0002233234 |
| 30. |  | Common-Space-Familiar-Friend-Pale-Ale-4PK-16OZ-CAN | VA0002226987 |
| 31. |  | Common-Space-Food-Fight-Hazy-IPA-4PK-16OZ-CAN | VA0002226987 |
| 32. |  | Common-Space-Fresh-Pils-Of-LA-4PK-16OZ-CAN | VA0002255222 |

| | | | |
|---|---|---|---|
| 33. |  | Coronado-Never-Better-6PK-16OZ-CAN | VA0002189963 |
| 34. |  | Drekker-Braaaaaaaains-Pineapple-Passionfruit-Orange-Lime-4PK-16OZ-CAN | VA0002246750 |
| 35. |  | Drekker-Braaaaaaaains-Raspberry-Mango-16OZ-CAN | VA0002252733 |
| 36. |  | Drekker-Hi-Fi-Fruit-Nightmare-Punch-Sour-4PK-16OZ-CAN | VA0002328644 |

| | | | |
|---|---|---|---|
| 37. |  | Drekker-Hydra-Chonk-Sundae-Sour-4PK-16OZ-CAN | VA0002316585 |
| 38. |  | Drekker-Neon-Phenom-DIPA-4PK-16OZ-CAN | VA0002255222 |
| 39. |  | Drekker-Plop-Oops-All-Berries-Seltzer-16OZ-CAN | VA0002278513 |
| 40. |  | El-Segundo-Power-Plant-TIPA-Triple-IPA-4PK-16OZ-CAN | VA0002247383 |

| | | | |
|---|---|---|---|
| 41. |  | Enegren-Edel-Pils-Pilsner-4PK-16OZ-CAN | VA0002219500 |
| 42. |  | Enegren-Schoner-Tag-4PK-12OZ-CAN | VA0002219420 |
| 43. |  | Enegren-Valkyrie-German-Style-Amber-Ale-6PK-12OZ-CAN | VA0002219500 |
| 44. |  | Equilibrium-Double-Fractal-Dragon-Curve-DIPA-4PK-16OZ-CAN | VA0002274510 |

| | | | |
|---|---|---|---|
| 45. |  | Full-Circle-Calilicious-Wheat-Ale-4PK-16OZ-CAN | VA0002278513 |
| 46. |  | Golden-Road-Champango-12OZ-CAN | VA0002212917 |
| 47. |  | Great-Notion-Blueberry-Muffin-Sour-4PK-16OZ-CAN | VA0002301601 |
| 48. |  | Great-Notion-Claim-52-Baked-And-Stuffed-4PK-16OZ-CAN | VA0002255222 |

| | | | |
|---|---|---|---|
| 49. |  | Great-Notion-Double-Peaches-And-Cream-Shake-Sour-16OZ-CAN | VA0002289277 |
| 50. |  | Great-Notion-Juice-Jr-Hazy-IPA-4PK-16OZ-CAN | VA0002297748 |
| 51. |  | Great-Notion-Over-Ripe-IPA-With-Mangosteen-4PK-16OZ-CAN | VA0002306881 |
| 52. |  | Great-Notion-Strawberry-Mochi-IPA-4PK-16OZ-CAN | VA0002301601 |

| | | | |
|---|---|---|---|
| 53. |  | Great-Notion-Strawberry-Shortcake-Sour-4PK-16OZ-CAN | VA0002266028 |
| 54. |  | Harland-Azacca-Citra-Hazy-IPA-4PK-16OZ-CAN | VA0002291864 |
| 55. |  | Harland-Pikimai-Cascade-IPA-4PK-16OZ-CAN | VA0002306881 |
| 56. |  | Harland-Waimea-Haze-Hazy-IPA-4PK-16OZ-CAN | VA0002212917 |

| | | | |
|---|---|---|---|
| 57. |  | Henhouse-Juiced-4PK-16OZ-CAN | VA0002252733 |
| 58. |  | Humble-Forager-Rugged-Outlook-V1-Ddh-Honey-Oat-Cream-Triple-IPA-4PK-16OZ-CAN | VA0002252733 |
| 59. |  | J-Wakefield-Cerebral-Ventanita-Vibes-Sour-4PK-16OZ-CAN | VA0002316585 |
| 60. |  | Kern-River-Class-V-Stout-4PK-16OZ-CAN | VA0002228839 |

| | | | |
|---|---|---|---|
| 61. |  | Kern-River-Double-Chuuurch-DIPA-16OZ-CAN | VA0002197362 |
| 62. |  | Knee-Deep-Hoptologist-Double-IPA-19.2OZ-CAN | VA0002212917 |
| 63. |  | Mason-Ale-Works-Naughty-Sweet-Stout-4PK-16OZ-CAN | VA0002289277 |
| 64. |  | Mason-Aleworks-Creative-Creature-Mcmason-Imperial-Stout-4PK-16OZ-CAN | VA0002271114 |

| | | | |
|---|---|---|---|
| 65. |  | Melvin-Huckleberry-Haze-IPA-4PK-16OZ-CAN | VA0002226987 |
| 66. |  | Mikkeller-San-Diego-Alesmith-We-Go-Way-Back-DIPA-16OZ-CAN | VA0002255222 |
| 67. |  | Mikkeller-San-Diego-Be-The-Ball-Sour-IPA-4PK-16OZ-CAN | VA0002255222 |
| 68. |  | Modern-Times-Bedrock-16OZ-CAN | VA0002189958 |

| | | | |
|---|---|---|---|
| 69. |  | Modern-Times-Terebellum-Hazy-IPA-4PK-16OZ-CAN | VA0002289277 |
| 70. |  | Mother-Earth-Call-Me-Ginger-12OZ-CAN | VA0002189963 |
| 71. |  | Mother-Earth-In-Memoriam-Hazy-IPA-4PK-16OZ-CAN | VA0002291864 |
| 72. |  | Mother-Earth-Tierra-Madre-Lager-6PK-12OZ-CAN | VA0002219500 |

| | | | |
|---|---|---|---|
| 73. |  | Mumford-Material-Element-Pilsner-16OZ-CAN | VA0002274510 |
| 74. |  | Newtopia-Electric-Ritual-Cider-4PK-16OZ-CAN | VA0002310125 |
| 75. |  | Noble-Ale-Works-Naughty-Sauce-Stout-16OZ-CAN | VA0002219420 |
| 76. |  | OEC-Coolship-Lager-Black-4PK-16OZ-CAN | VA0002212917 |

| | | | |
|---|---|---|---|
| 77. |  | Ogopogo-Yacumama-Hazy-IIIPA-16OZ-CAN | VA0002252733 |
| 78. |  | Pariah-Colors-IPA-16OZ-CAN | VA0002248184 |
| 79. |  | Pariah-Competitive-Vaping-DIPA-16OZ-CAN | VA0002197362 |
| 80. |  | Pariah-Tasty-Taste-IPA-4PK-16OZ-CAN | VA0002306881 |

| | | | |
|---|---|---|---|
| 81. |  | Pariah-Ultraviolet-Colors-DIPA-4PK-16OZ-CAN | VA0002297748 |
| 82. |  | Pizza-Port-Coastal-Access-IPA-16OZ-CAN | VA0002262265 |
| 83. |  | Pizza-Port-Secret-Swamis-IPA-6PK-16OZ-CAN | VA0002286281 |
| 84. |  | Pizza-Port-Swamis-IPA-6PK-16OZ-CAN | VA0002206423 |

| | | | |
|---|---|---|---|
| 85. |  | Port-15th-Anniversary-Triple-IPA-4PK-16OZ-CAN | VA0002255222 |
| 86. |  | Revision-Cloud-Cuddles-Hazy-IPA-4PK-16OZ-CAN | VA0002248184 |
| 87. |  | Revision-Depths-Of-Desire-Barrel-Aged-Stout-22OZ-BTL | VA0002339571 |
| 88. |  | Roadhouse-Mountain-Jam-Vol-7-Hazy-IPA-4PK-16OZ-CAN | VA0002271114 |

| | | | |
|---|---|---|---|
| 89. |  | Sierra-Nevada-Hazy-Little-Thing-IPA-12OZ-CAN | VA0002175395 |
| 90. |  | Societe-Glorious-Odds-Hazy-IPA-4PK-16OZ-CAN | VA0002316585 |
| 91. |  | Societe-The-Pupil-12OZ-CAN | VA0002214669 |
| 92. |  | Superstition-Bottom-Time-Mead-16OZ-CAN | VA0002246750 |

| | | | |
|---|---|---|---|
| 93. |  | Superstition-Dune-Bloom-Mead-16OZ-CAN | VA0002226987 |
| 94. |  | Tarantula-Hill-Cali-Day-IPA-4PK-16OZ-CAN | VA0002320078 |
| 95. |  | Tarantula-Hill-Mango-Fosho-DIPA-4PK-16OZ-CAN | VA0002306881 |
| 96. |  | Tarantula-Hill-Saaahbro-IPA-16OZ-CAN | VA0002226987 |

| | | | |
|---|---|---|---|
| 97. |  | Tarantula-Hill-The-Architect-IPA-4PK-16OZ-CAN | VA0002297748 |
| 98. |  | Tarantula-Hill-The-Grade-Imperial-Stout-4PK-16OZ-CAN | VA0002233234 |
| 99. |  | The-Brewing-Projekt-Hazelnut-Ssslurppp-Imperial-Stout-4PK-16OZ-CAN | VA0002339571 |
| 100. |  | The-Brewing-Projekt-Loot-Pile-IPA-16OZ-CAN | VA0002262265 |

| | | | |
|---|---|---|---|
| 101. |  | The-Brewing-Projekt-Resist-Milkshake-IPA-4PK-16OZ-CAN | VA0002335541 |
| 102. |  | The-Brewing-Projekt-Smoofee-Imperial-Sour-Ale-Pineapple-Mango-Mandarin-And-Vanilla-4PK-16OZ-CAN | VA0002316585 |
| 103. |  | The-Bruery-Mischief-4PK-16OZ-CAN | VA0002240951 |
| 104. |  | The-Bruery-Or-Xata-4PK-16OZ-CAN | VA0002198090 |

| | | | |
|---|---|---|---|
| 105. |  | Tripping-Animals-Otters-And-Os-Sour-4PK-16OZ-CAN | VA0002266028 |
| 106. |  | Tripping-Animals-Who-Loves-Orange-Soda-Sour-4PK-16OZ-CAN | VA0002266028 |
| 107. |  | Untitled-Art-Kiwi-Coconut-Mango-Smoothie-Seltzer-4PK-16OZ-CAN | VA0002316585 |
| 108. |  | Untitled-Art-Lychee-Sherbet-Non-Alcoholic-4PK-16OZ-CAN | VA0002306881 |

| | | | |
|---|---|---|---|
| 109. |  | Weldwerks-Still-The-Exact-Opposite-Of-Hawaii-4PK-16OZ-CAN | VA0002252733 |
| 110. |  | Wild-Barrel-Blackberry-Jam-Imperial-Pastry-Sour-16OZ-CAN | VA0002247383 |
| 111. |  | Wild-Barrel-Nectarine-Cherry-Sour-Ale-4PK-16OZ-CAN | VA0002214669 |
| 112. |  | Wild-Barrel-Tiki-Punch-Sour-4PK-16OZ-CAN | VA0002339571 |

| | | | |
|---|---|---|---|
| 113. |  | Wild-Barrel-Vice-Strawberry-Pineapple-16OZ-CAN | VA0002286281 |
| 114. |  | Yoho-Sorry-Nippon-Citrus-Ale-4PK-12OZ-CAN | VA0002219500 |